

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2021

No. 04-20-00018-CV

**DICEX INTERNATIONAL, INC.,**
Appellant

v.

**AMIGO STAFFING, INC.,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2020CVK000091-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Sitting:      Beth Watkins, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

On March 24, 2021, this court issued an opinion affirming the trial court's judgment. Appellant filed a motion for rehearing. The motion is DENIED.

It is so **ORDERED** on June 17, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court